IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **PAMELA SHEPARD ADDLETON,** **Personal Representative of the Estate** **of ROSLYN SHEPARD,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA,**<br><br>    **Defendant.** | **CASE NO: 1:21-cv-03087-TWT** |

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant Allianz Life Insurance Company of North America states as follows for its Certificate of Interested Persons and Corporate Disclosure Statement:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Plaintiff Pamela Shepard Addleton, as Personal Representative of the Estate of Roslyn Shepard;

- Defendant Allianz Life Insurance Company of North America ("Allianz Life"). Allianz Life is a wholly owned subsidiary of Allianz of America, Inc. Allianz of America, Inc. is not a publically traded company, and is, in turn, owned by Allianz Europe B.V. Allianz Europe B.V. is a wholly owned subsidiary of Allianz SE. Allianz SE is a publicly held corporation.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- Any creditors or beneficiaries of the Estate of Roslyn Shepard;
- Ney Rhein, LLC, law firm representing Plaintiff;
- Burr & Forman, LLP, law firm representing Defendant.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

- William Brent Ney, Attorney for Plaintiff.
- Jennifer M. Busby, Attorney for Defendant Allianz Life

Submitted this 2nd day of August, 2021.

BURR FORMAN LLP

*/s/ Jennifer M. Busby*
Jennifer M. Busby
Ga. Bar No. 098340
420 20th Street North, Ste. 3400
Birmingham, Alabama 35203
Telephone: (205) 458-5341
Facsimile: (205) 458-5100
Email: gbusby@burr.com

171 17th Street NW, Suite 100
Atlanta, GA 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

*Counsel for Defendant Allianz Life Insurance Company of North America*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 2nd day of August, 2021:

William Brent Ney
Ney Rhein, LLC
265 South Culver Street
Lawrenceville, GA 30046
william@neyrhein.com

*/s/ Jennifer M. Busby*
OF COUNSEL