# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PAMELA SHEPARD ADDLETON, )<br>Personal Representative of the Estate )<br>of ROSLYN SHEPARD, )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>ALLIANZ LIFE INSURANCE )<br>COMPANY OF NORTH AMERICA, )<br>  )<br>  Defendant. )<br>  ) | CASE NO: 1:21-cv-03087-TWT |

## NOTICE OF APPEARANCE

**COMES NOW** Walker M. Beauchamp, an attorney with the law firm of Burr & Forman LLP, and hereby enters his appearance as additional counsel of record for the Defendant Allianz Life Insurance Company of North America in the above-styled civil action and requests that a copy of all further pleadings, correspondence and other communications be directed and served upon him by e-filing or by mail at the address shown below.

Respectfully submitted,

BURR & FORMAN LLP

*/s/ Walker M. Beauchamp*
Jennifer M. Busby (Ga. Bar No. 098340)
Walker M. Beauchamp (Ga. Bar No. 165363)
420 20th North Street, Suite 3400
Birmingham, AL 35203
Telephone: (205)251-3000

gbusby@burr.com
wbeauchamp@burr.com

Attorneys for ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail or email on this 5th day of August, 2021:

William Brent Ney
Ney Rhein, LLC
265 South Culver Street
Lawrenceville, GA 30046
william@neyrhein.com

*/s/ Walker M. Beauchamp*
OF COUNSEL