IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| PAMELA SHEPARD ADDLETON, as Executrix for the Estate of Roslyn Shepard, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| vs. | ) ) | FILE NO. 1:21-cv-03087-TWT |
| ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) | |
| Defendant. | ) | |

## PLAINTIFF'S INITIAL DISCLOSURES

(1)     State precisely the classification of the cause of action being filed, a brief factual outline of the case including Plaintiff's contentions as to what Defendant did or failed to do, and a succinct statement of the legal issues in the case.

Roslyn Shepard had a long-term care insurance policy through Defendant which included coverage for in-home care, subject to a 90-day elimination period commencing on the date of admission. In December 2019, Ms. Shepard was admitted to Reflections Hospice in Cordele, Georgia, and Defendant was notified of the admission in February 2020. Defendant improperly calculated the elimination date from the date of notice extending the elimination period into June 2020. Further, Defendants did not comply with the policies procedures for rejecting a claim. The legal issues in this case are (1) whether there was a valid legal basis for the denial of Plaintiff's claims; (2) the proper elimination period; (3) coverage of specific claims; (4) Defendant's failure to properly notice claim rejections; (5) whether Defendant's actions constitute bad faith, and (6) the amount of damages sustained by Plaintiff as a result of Defendant's actions.

(2)     Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which Plaintiff contends are applicable to this action.

Title 13 of the Official Code of Georgia Annotated (Contracts); Title 33 of the Official Code of Georgia Annotated (Insurance); Georgia case law regarding contract interpretation, including those cases holding that terms are given their ordinary meaning, that ambiguities are construed against the drafter of the contract, and that insurance contracts are construed in favor of the insured.

(3)     Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information.  (attach witness list to Initial Disclosures as Attachment A.)

(4)     Provide the name of any person who may be used at trial to present evidence under Rule 702, 703, or 705 of the Federal Rules of Evidence.  For all experts described in Fed.R.Civ.P.26(a)(2)(b), provide a separate written report satisfying the provisions of that rule.  (Attach expert witness list and written reports to Responses to Initial Disclosures as Attachment B.)

(5)     Provide a copy of, or a description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defense unless solely for impeachment, identifying the subjects of the information.   (Attach document list and descriptions to Initial Disclosures as Attachment C.)

(6)     In the space provided below, provide a computation of any category of damages claimed by you.  In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extend of injuries suffered, making such documents or evidentiary material available for inspection and copying as under Fed.R.Civ.P. 34.  (Attach any copies and descriptions to Initial Disclosures as Attachment D.)

Plaintiff calculates her compensatory damages at approximately $17,000.00 for unreimbursed costs covered by the policy.

(7)     Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)

(8)     Disclose the full name, address, and telephone number of all person or legal entities who have a subrogation interest in the cause of action set forth in Plaintiffs cause of action and state the basis and extent of such interest.

Plaintiff is unaware of any person or legal entity which has a subrogation interest in this cause of action.

## ATTACHMENT A

(3)  Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information.

Plaintiff
Allianz Life Insurance Company of North America
Reflections Hospice
Brenda Stauffer
Tanya Walker
Debbie Williams
Kim Clark
Lender Watkins
Mattie Pope
Frances Williams
Willie Mae Brown
Rhonda Cross
Catherine Buford
Jean Davis
Mary Williams
Rene Butts
Keisha Smith
F.D. Lawton
Barbara Kimbrough
Veronica Olliver

## ATTACHMENT B

(4)    Provide the name of any person who may be used at trial to present evidence under Rule 702, 703, or 705 of the Federal Rules of Evidence.  For all experts described in Fed.R.Civ.P.26(a)(2)(b), provide a separate written report satisfying the provisions of that rule.

Plaintiff has not consulted with or identified any experts to be used at trial.

# ATTACHMENT C

(5)     Provide a copy of, or a description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defense unless solely for impeachment, identifying the subjects of the information.

Policy, correspondence, claims materials, reimbursements and denials of coverage-Plaintiff and Defendant;

Care provider records-Reflections Hospice; and

Individual care givers may have time/activity records.

## ATTACHMENT D

(6)   In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extend of injuries suffered, making such documents or evidentiary material available for inspection and copying as under Fed.R.Civ.P. 34

Policy, correspondence, claims materials, reimbursements and denials of coverage-Plaintiff and Defendant;

Care provider records-Reflections Hospice;

Individual care givers may have time/activity records;

Attorney's fees records-William Brent Ney, LLC.

## ATTACHMENT E

(7)    Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.

U:\Assistade Workplace\William Case Files\MATTERS\ADDLETON_ALLIANZ\PLINOR_federm\DRAFFPBeln\ST_InEal_disclosures.docx

Allianz Life Insurance Company of North America
5701 Golden Hills Drive
Minneapolis, MN 55416-1297
800/950-1962



## TAX-QUALIFIED LONG TERM CARE INSURANCE POLICY

> This Contract is intended to be a federally tax-qualified long term care insurance contract as defined under section 7702B(b) of the Internal Revenue Code of 1986, as amended. You should consult with your attorney, accountant or tax advisor regarding the tax implications of purchasing long term care insurance. Note that the Georgia Insurance Department does not in any way warrant that this Contract meets the requirements of section 7702B(b) of the Internal Revenue Code of 1986, as amended.

**NOTICE: The laws of the State of Georgia prohibit insurers from unfairly discriminating against any person based upon his or her status as a victim of family violence.**

We promise to pay the benefits described in this Contract, subject to all of its provisions. We make this promise and issue this Contract in consideration of the statements made in your signed application and your payment of the initial premium.

**Renewal Conditions**   **THIS QUALIFIED LONG TERM CARE INSURANCE CONTRACT IS GUARANTEED RENEWABLE.** To renew this Contract, you must pay the premium due by the premium due date or within the Grace Period or Unintended Lapse Protection extension. We cannot refuse to renew this Contract if the premium is paid on time. Premium rates are guaranteed not to change for the first three Policy Years. After the third Policy Year, the Company may change the premium rates for this Contract only if we base the premium change, by Class for everyone in your state, on the experience of this form. Any premium change will occur on the Policy Anniversary. We will notify you in writing at least 60 days before your premium changes.

**Thirty Day Review Period**   You may return this Contract within 30 days after receiving it if you are dissatisfied for any reason. You may return it to the agent from whom it was purchased or the Company. We will void this Contract and mail a refund of the premium you paid within 30 days of receipt.

**Read This Contract Carefully**   It is a legal contract between you and the Company.

**Notice to Buyer**   This Contract may not cover all of the costs associated with long term care incurred by you during the period of coverage. You are advised to carefully review all limitations.

**This Contract is Not a Medicare Supplement Contract**   If you are eligible for Medicare, you may request the Guide to Health Insurance for People with Medicare available from us.

**Check Your Application**   **Caution - The issuance of this long term care insurance Contract is based upon your responses to the questions on your application. A copy of your application is attached. If your responses are incorrect or untrue, we may deny benefits or rescind this Contract, subject to the Incontestability provision under the General Policy Provisions section. The best time to clear up any questions is now, before a claim arises! If, for any reason, any of your responses are incorrect, write or call us, within 30 days, at 5701 Golden Hills Drive, Minneapolis, MN, 55416-1297 or 800/950-1962.**

**Effective Date**   This Contract begins at 12:01 AM on the Effective Date shown on the Policy Schedule. This Contract ends at 12:01 AM according to the terms of this Contract.

**Signed for the Company at Its Home Office on the Date of Issue**

Wayne A. Robinson
Secretary

Mark Zesbaugh
President

10-P-Q-GA

# GUIDE TO POLICY BENEFITS AND PROVISIONS

A summary of your benefits follows. Please refer to the Policy Schedule for a list of the Riders which provide you with additional benefits.

Claim Procedures ............................................................... 14, 15
Definitions ......................................................... 5, 6, 7, 8, 9, 10
Effective Date ............................................................... 1, 3, 6
Eligibility for the Payment of Benefits ...................................... 11
Endorsement Benefits ............................................................. 3
General Policy Provisions ......................................................... 4
General Benefit Information .............................................. 12, 13
       Alternative Plan of Care Benefit ...................................12
       Bed Reservation Benefit ............................................. 12
       Care Coordinator Advisor Benefit ...............................13
       Caregiver Training Benefit .........................................13
       Facility Care Benefit ....................................................12
       Home and Community Care Benefit ...........................12
       Nursing Facility Recovery Benefit ...............................13
       Respite Care Benefit ...................................................13
       Waiver of Premium Benefit ......................................... 13
Limitations and Exclusions ..................................................... 18
Policy Schedule ....................................................................... 3
Policy Administration ...................................................... 16, 17
       Cancellation by Insured ......................................... 6, 17
       Termination ........................................................ 10, 17
Renewal Conditions ................................................................. 1
Rider Benefits ......................................................................... 3
Thirty Day Review Period .......................................................... 1

This section provides information that is specific to the benefits that you have chosen. Most of these terms are capitalized throughout this Contract to help you easily recognize them.

| | | |
|---|---|---|
| **Policy Benefits** | Facility Care Daily Benefit: | $200.00 ---- |
| | Home and Community Care Daily Benefit: | $200.00----- |
| | Benefit Period: | Lifetime |
| | Maximum Caregiver Training Benefit: | $1,000.00 |
| | Maximum Lifetime Benefit: | Unlimited |
| | Elimination Period: | 90 days |
| **Cost of Riders** | 5% Lifetime Compound Benefit Increase Rider<br>Spousal Discount Rider | $2,035.16<br>$0.00 |
| **Endorsement Benefits** | International Coverage Maximum Lifetime Benefit | $102,200.00 |
| | Contingent Benefit Upon Lapse Endorsement | |
| **Cost of Benefits** | Annualized cost for this policy without Rider or Endorsement Benefits: | $2,643.06 |
| | Annualized cost for the Rider and/or Endorsement Benefits: | $2,035.16 |
| | Total annualized cost of this policy with Rider and/or Endorsement Benefits: | $4,678.22 |
| **Premium Summary** | Mode of Payment:<br>Total Modal Premium: | Annual<br>$4,678.22 |

Total annual premium if Mode of Payment is:

| | |
|---|---|
| Annual | $4,678.22 |
| Semi-Annual | $4,865.34 ($2,432.67 X 2) |
| Quarterly | $4,958.92 ($1,239.73 X 4) |
| Monthly | $4,884.12 ($407.01 X 12) |

**General Policy Information**

| | |
|---|---|
| Policy Number: | 50121664 |
| Insured: | ROSLYN C SHEPARD |
| Issue Age of Insured (age last birthday): | 69 |
| Joint Insured: | BOBBY G SHEPARD |
| Effective Date: | 03/23/2006 |
| Policy Schedule Date (this Policy Schedule replaces any previously issued Policy Schedule): | 05/09/2006 |

Allianz Life Insurance
Company of North America

PO Box 1292
Minneapolis, MN 55440-1292

800/950-1962



# POLICY DELIVERY TRANSMITTAL

| | | | |
|---|---|---|---|
| *Name of Insured:* | ROSLYN C SHEPARD | *Policy Number:* | 50121664 |
| *Age at Policy Issuance:* | 69 | *Joint Association:* | 50121663 |
| *Policy Type:* | Generation Protector | *Risk Class:* | Preferred |

| | | | |
|---|---|---|---|
| *Name of Agent:* | IRWIN B HYMAN | *Policy Effective Date:* | 03/23/2006 |
| *Name of Group:* | Mid State Bank | *Final Delivery Date:* | 06/08/2006 |

| | |
|---|---|
| *Daily Benefit:* | $200.00 |
| *Benefit Period:* | Lifetime |
| *Elimination Period:* | 90 days |
| *Billing Mode:* | Annual |
| *COLA Rider:* | 5% for Lifetime |

*Other Riders/Endorsements:*
Spousal Discount Rider
International Coverage Benefit Endorsement
Contingent Benefit Upon Lapse Endorsement

# OUTSTANDING REQUIREMENTS

☐ Policy Receipt & Certificate of Satisfaction
☒ Policy Amendment
☐ Application to be signed by:
    ☐ Agent    ☐ Client

☒ Premium Due
☐ Other _____
☐ No Delivery Requirements Needed

| | |
|---|---|
| **Total Premium Required:** | $4,678.22 |
| **Cash With Application:** | $0.00 |
| **Balance Due:** | $4,678.22 |
| **Refund Due:** | $0.00 |

# ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA

## 5% LIFETIME COMPOUND BENEFIT INCREASE RIDER

**This Rider increases your benefits each year to provide some protection against the rising cost of long term care, subject to the conditions listed below.**

The Company has issued this Rider as a part of the policy to which it is attached. This Rider is subject to all terms, provisions, definitions, limitations and exclusions of the Contract, except as stated in this Rider.

**Definition**

**Remaining Lifetime Benefit** on the current Policy Anniversary is the Maximum Lifetime Benefit on the previous Policy Anniversary less the total of all claims paid up to the current Policy Anniversary.

**Lifetime Compound Benefit Increase**

On each Policy Anniversary, the benefits provided by the Contract will be increased as follows:

1. The Facility Care Daily Benefit and Home and Community Care Daily Benefit will be increased by 5% of the amount in effect on the previous Policy Anniversary.

2. The Monthly Indemnity Benefit (if the Comprehensive Monthly Indemnity Benefit Rider is elected) OR the Home and Community Care Monthly Indemnity Benefit (if the Home and Community Care Monthly Indemnity Benefit Rider is elected) will be increased by 5% of the amount in effect on the previous Policy Anniversary.

3. The Maximum Lifetime Benefit on the current Policy Anniversary is the Maximum Lifetime Benefit on the previous Policy Anniversary, increased by 5% of the Remaining Lifetime Benefit on the current Policy Anniversary.

The annual increases will occur even if benefits are being paid.

**Cancellation**

If you cancel this Rider, the daily benefits, and, if elected, monthly benefits, will return to the original amounts issued to you.

Signed for the Company in Minneapolis, Minnesota, and effective on the Effective Date of the policy.

Wayne A. Robinson
Secretary

Mark Zesbaugh
President

10-R3

© 2003 Allianz

# ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA

## SPOUSAL DISCOUNT RIDER

**This Rider provides a premium discount because both you and your spouse were issued Contracts, subject to the conditions listed below.**

The Company has issued this Rider as a part of the policy to which it is attached. This Rider is subject to all terms, provisions, definitions, limitations and exclusions of the Contract, except as stated in this Rider.

**Spousal Discount Benefit**
This Rider provides you with a premium discount because both you and an Insured Spouse, with whom you are living and to whom you are married, were issued Contracts.

The Spousal Discount Rider will not terminate due to the death of the Insured Spouse.

**Cancellation**
This Rider must be cancelled if you are no longer living with or married to the Insured Spouse (except due to the death of the Insured Spouse while the Contract is in Force) by providing written notice of Cancellation to us.

**Termination**
This Rider will terminate and coverage under this Rider will end on the earliest of:
* the date of Cancellation of this Rider;
* the date the Insured Spouse cancels their Spousal Discount Rider;
* the date the Contract Terminates; or
* the date the Insured Spouse's contract terminates.

Upon Termination of this Rider, the premium will be equal to the rate that you would have been charged for an Individual Contract without this Rider at your original issue age and risk class and will not include any Spousal Discount Benefit.

Signed for the Company in Minneapolis, Minnesota, and effective on the Effective Date of the policy.

Wayne A. Robinson
Secretary

Mark Zesbaugh
President

10-R18

© 2003 Allianz

# ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA

## INTERNATIONAL COVERAGE BENEFIT ENDORSEMENT

**This Endorsement provides benefits if you are outside the fifty United States, the District of Columbia, or Canada, subject to the conditions listed below.**

The Company has issued this Endorsement as a part of the policy to which it is attached. This Endorsement is subject to all terms, provisions, definitions, limitations and exclusions of the Contract, except as stated in this Endorsement.

**Definitions**

**International Coverage Maximum Lifetime Benefit** is the total amount we will pay in your lifetime for all benefits (other than the Waiver of Premium Benefit) provided under the International Coverage Benefit. The International Coverage Maximum Lifetime Benefit is calculated as 70% of the Facility Care Daily Benefit times 730 days.

**International Coverage Remaining Lifetime Benefit** on the current Policy Anniversary is the International Coverage Maximum Lifetime Benefit, if any, on the previous Policy Anniversary less the total of all applicable claims paid up to the current Policy Anniversary.

**International Coverage Benefit**

If you require Qualified Long Term Care Services, which would otherwise be covered under the Contract, while you are outside the fifty United States, the District of Columbia, or Canada, we will pay the International Coverage Benefit if:

- You are in a designated country as defined in the Visa Waiver Program (VWP);
- You are eligible for Benefit Payments;
- You provide us with Proof of Loss and a properly completed Claim Form;
- You provide us with a written certification, completed within the previous 12 months by a similarly accredited Physician or Registered Professional Nurse, verifying that you are Chronically Ill; and
- You provide us with a written Plan of Care.

For Qualified Long Term Care Services received outside the fifty United States, the District of Columbia, or Canada, we will pay actual expenses up to 70% of the Facility Care Daily Benefit or Home and Community Care Daily Benefit.

All benefits paid under the International Coverage Benefit accumulate toward the Maximum Lifetime Benefit and the International Coverage Maximum Lifetime Benefit. No further benefits will be paid under the International Coverage Benefit once the Maximum Lifetime Benefit or the International Coverage Maximum Lifetime Benefit has been exhausted.

All required documentation must be provided to us in English. Any benefits paid will be paid in United States currency.

Under this Endorsement, no benefits will be payable for the following Riders, if attached to the policy: Waiver of Home and Community Care Elimination Period Rider, Calendar Day Elimination Period Rider, Comprehensive Monthly Indemnity Benefit Rider, Home and Community Care Monthly Benefit Rider, Home and Community Care Monthly Indemnity Benefit Rider, Restoration of Benefits Rider, Spousal Shared Care Rider, and Spousal Waiver of Premium Rider.

©2003 Allianz

For a list of designated countries, as defined in the Visa Waiver Program, please write or call us at the address or telephone number shown on the first page of the policy. If the Visa Waiver Program is discontinued, the succeeding, or a similar, program will apply.

**Compound Benefit Increase Riders**

If there is a compound benefit increase Rider attached to the policy, on each Policy Anniversary, the International Coverage Maximum Lifetime Benefit will be increased as follows:

The International Coverage Maximum Lifetime Benefit on the current Policy Anniversary is the International Coverage Maximum Lifetime Benefit on the previous Policy Anniversary, increased by the applicable percentage of the International Coverage Remaining Lifetime Benefit on the current Policy Anniversary. Any limits or increases specified by the compound benefit increase Rider also apply to increases to the International Coverage Maximum Lifetime Benefit. Once the International Coverage Maximum Lifetime Benefit has been exhausted, no further increases for such benefit will occur.

**Simple Benefit Increase Rider**

If the Simple Benefit Increase Rider is attached to the policy, on each Policy Anniversary, the International Coverage Maximum Lifetime Benefit will be increased as follows:

The International Coverage Remaining Lifetime Benefit will also increase by the same proportion as the increase in the daily benefits. Once the International Coverage Maximum Lifetime Benefit has been exhausted, no further increases for such benefit will occur.

Signed for the Company in Minneapolis, Minnesota and effective on the Effective Date of the policy.

Wayne A. Robinson
Secretary

Mark Zesbaugh
President

©2003 Allianz

# ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA

## CONTINGENT BENEFIT UPON LAPSE ENDORSEMENT

### This Endorsement provides benefits if a substantial premium increase occurs, subject to the conditions listed below.

The Company has issued this Endorsement as a part of the policy to which it is attached. This Endorsement is subject to all terms, provisions, definitions, limitations and exclusions of the Contract, except as stated in this Endorsement.

**Contingent Benefit Upon Lapse**

If the Contract has been In Force and we:

(a) Increase the premium rates under the Contract (we will notify you in writing at least 60 days before your premium changes) which results in a cumulative increase of the annual premium equal to or exceeding the percentage of your initial annual premium, as set forth in the Triggers for Substantial Premium Increase Table; then

(b) The following options will become available under the Contract:

1. The Facility Care Daily Benefit and/or the Benefit Period shown on the Policy Schedule may be reduced. This may be accomplished by either reduction of the Facility Care Daily Benefit or the Benefit Period, (subject to the availability of either one), to provide for an amount that the current premium payable under the Contract will purchase. This will also reduce the Maximum Lifetime Benefit. Reduction of the Facility Care Daily Benefit and/or Benefit Period must be elected within 120 days of a Substantial Premium Increase as described above and will not be subject to evidence of insurability; or

2. The Contract may be converted to a paid-up status with the Shortened Benefit Period described below. This option may be elected at any time within 120 days of a Substantial Premium Increase, as described above. In addition, if the Contract Lapses for nonpayment of premium during this 120-day period, this option will automatically be provided under the Contract.

**Shortened Benefit Period**

Your coverage will continue and the Facility Care Daily Benefit will be payable based on the Facility Care Daily Benefit shown on the Policy Schedule (and any previous increases due to a benefit increase Rider) in effect on the date of Lapse. No further benefit increases will occur under any benefit increase Rider, if attached to the policy.

The Maximum Lifetime Benefit becomes equal to the greater of: (a) the total of premiums paid for the policy and all Riders; or (b) thirty times the Facility Care Daily Benefit in effect on the date of Lapse. This adjusted benefit amount replaces the Maximum Lifetime Benefit in effect on the date of Lapse. Any benefits paid to you after the Contract Lapses will be subtracted from this new Maximum Lifetime Benefit.

Your coverage under this Endorsement is subject to the same policy benefit provisions, Elimination Period, Limitations and Exclusions, and all other provisions of the policy and attached Riders that were in effect prior to the date of Lapse, except any benefit increase Rider, if attached to the policy.

©2003 Allianz

## Triggers for Substantial Premium Increases Table

| Issue Age | Percent Increase Over Initial Premium |
|---|---|
| 18-29 | 200% |
| 30-34 | 190 |
| 35-39 | 170 |
| 40-44 | 150 |
| 45-49 | 130 |
| 50-54 | 110 |
| 55-59 | 90 |
| 60 | 70 |
| 61 | 66 |
| 62 | 62 |
| 63 | 58 |
| 64 | 54 |
| 65 | 50 |
| 66 | 48 |
| 67 | 46 |
| 68 | 44 |
| 69 | 42 |
| 70 | 40 |
| 71 | 38 |
| 72 | 36 |
| 73 | 34 |
| 74 | 32 |
| 75 | 30 |
| 76 | 28 |
| 77 | 26 |
| 78 | 24 |
| 79 | 22 |
| 80 | 20 |
| 81 | 19 |
| 82 | 18 |
| 83 | 17 |
| 84 | 16 |

Signed for the Company in Minneapolis, Minnesota and effective on the Effective Date of the policy.

Wayne A. Robinson
Secretary

Mark Zesbaugh
President

10-E-1-GA

©2003 Allianz

Allianz Life Insurance Company
of North America

Home Office Minneapolis, MN 55416-1297

PO Box 1292
Minneapolis, MN 55440-1292

☑ New application
☐ Existing policy change/reinstatement

## Application for
## Generation Protector™
## Long Term Care Insurance


Home Office use only
Allianz Life assigned policy number(s)

MAR 3 0 2006

ASD

### 1. Tell us about yourself

**Proposed primary insured**

| First | Middle | Last |
|---|---|---|
| B o b b y | G | S h e p a r d |

| Occupation | Social Security number |
|---|---|
| B A N K O F F I C E R | 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 |

Residence address
1821 Lakeview Circle

| City | State | Zip code |
|---|---|---|
| Dallee | GA | 30105- |

| Day phone number | Evening phone number | Best time to call |
|---|---|---|
| (229)-273-7915 | (229)-273-4896 | 7o:00 ☑ am ☐ pm |

| Date of birth (mm/dd/yyyy) | Age | Sex | Height | Weight |
|---|---|---|---|---|
| 12/12/1937 | 68 | ☑ Male ☐ Female | 5' 11" | 195 lbs |

Tobacco use

☑ Nonsmoker of cigarettes in past 24 months   ☐ Smoker of cigarettes in past 24 months   ☐ Other tobacco use

| Marital status | If married, is spouse currently covered? | With whom do you currently live? |
|---|---|---|
| ☑ Married ☐ Single ☐ Widowed ☐ Divorced | ☐ Yes ☐ No Applying | ☑ Spouse ☐ Alone ☐ Other |

**Proposed insured spouse**

| First | Middle | Last |
|---|---|---|
| Roslyn | C | Shepard |

| Occupation | Social Security number |
|---|---|
| Homemaker | 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 |

Residence address
1821 Lakeview Circle

| City | State | Zip code |
|---|---|---|
| Dallee | GA | 30105- |

| Day phone number | Evening phone number | Best time to call |
|---|---|---|
| ( )- | ( )- | : ☐ am ☐ pm |

| Date of birth (mm/dd/yyyy) | Age | Sex | Height | Weight |
|---|---|---|---|---|
| 11/29/1936 | 70 | ☐ Male ☑ Female | 5' 00" | 135 lbs |

Tobacco use

☑ Nonsmoker of cigarettes in past 24 months   ☐ Smoker of cigarettes in past 24 months   ☐ Other tobacco use

10-A-GA          Return to Home Office

## 2. Agent information

| First | Middle initial | Last |
|---|---|---|
| HARWIN | S | HYLMAN |

Phone number: (770)-818-9078    % Split: 50    Agent number: 4842209Y

| First | Middle initial | Last |
|---|---|---|
| MARTIN | | ISENBERG |

Phone number: (770)-818-9218    % Split: 50    Agent number: 4842210P

## 3. Other insurance information

|  | Primary insured | Insured spouse |
|---|---|---|
|  | Yes No | Yes No |
| 1 Do you have, or, in the past 12 MONTHS did you have, another disability income or long term care insurance policy or certificate in force? | ☐ ☑ | ☐ ☑ |
| 2 Do you intend to replace any of your long term care, medical, or health insurance coverage with this policy? If "Yes," you MUST complete Section 10 (Replacement) | ☐ ☑ | ☐ ☑ |
| 3 In the past 12 MONTHS, have you been declined by another company for a policy providing nursing home care, long term care, or home health care? | ☐ ☑ | ☐ ☑ |
| 4 Are you currently receiving disability income benefits, long term care benefits, or benefits from a state assistance program (Medicaid)? | ☐ ☑ | ☐ ☑ |

List details below for any "Yes" answers in questions 1 through 4 above

Agent must list all health insurance including long term care policies sold to the applicant(s) which are still in force, and were sold in the last five years but are no longer in force

☐ **Proposed primary insured**    ☐ **Proposed insured spouse**

| Status of policy | When (mm/dd/yyyy) | Type of benefit |
|---|---|---|
| ☐ Lapsed ☐ Applied for ☐ In force | / / | |

Name of company _____    Policy number _____

To be replaced by this coverage    Amount of benefit
☐ Yes ☐ No    $_____    Other

☐ **Proposed primary insured**    ☐ **Proposed insured spouse**

| Status of policy | When (mm/dd/yyyy) | Type of benefit |
|---|---|---|
| ☐ Lapsed ☐ Applied for ☐ In force | / / | |

Name of company _____    Policy number _____

To be replaced by this coverage    Amount of benefit
☐ Yes ☐ No    $_____    Other

☐ **Proposed primary insured**    ☐ **Proposed insured spouse**

| Status of policy | When (mm/dd/yyyy) | Type of benefit |
|---|---|---|
| ☐ Lapsed ☐ Applied for ☐ In force | / / | |

Name of company _____    Policy number _____

To be replaced by this coverage    Amount of benefit
☐ Yes ☐ No    $_____    Other

. Return to Home Office *

## 4. Choose your coverage

### Proposed primary insured coverage

**Risk class**
☐ Preferred Plus ☒ Preferred
☐ Standard ☐ Select I ☐ Select II

**Facility Care Daily Benefit** *(choose from $100–$500 in increments of $10)*
$ 2|0|0

**Home & Community Care Daily Benefit**
☐ 70% ☒ 100% ☐ 130%

**Elimination Period**
☐ 7 days ☐ 30 days ☐ 60 days
☒ 90 Days (This Elimination Period will be reduced to 60 days for Home and Community Care)

**Benefit Period**
☐ 2 years ☐ 3 years ☐ 4 years
☐ 5 years ☐ 6 years ☒ Lifetime

**Inflation protection riders** *(Must select one)*
☐ None *(see disclaimer below)* **
☐ 3% Lifetime Compound Benefit Increase Rider
☐ 4% Lifetime Compound Benefit Increase Rider

☒ 5% Lifetime Compound Benefit Increase Rider
☐ Two Times Compound Benefit Increase Rider
☐ Simple Benefit Increase Rider

**Premium payment options** *(Must select one)*
☒ Continuous pay
☐ Limited Pay Rider
☐ Accelerated Premium Rider

**Additional rider benefits**
☐ Home and Community Care Monthly Benefit Rider
☐ Waiver of Home and Community Care Elimination Period Rider
☐ Calendar Day Elimination Period Rider
☐ Restoration of Benefits Rider (not available with Lifetime Benefit Period or Spousal Shared Care Rider)

**Monthly indemnity benefit options**
☐ Comprehensive Monthly Indemnity Benefit Rider
　☐ $250/mo ☐ $500/mo ☐ $750/mo
　☐ $1,000/mo ☐ $1,250/mo ☐ $1,500/mo
☐ Home and Community Care Monthly Indemnity Benefit Rider
　☐ $250/mo ☐ $500/mo ☐ $750/mo

**Nonforfeiture rider benefits** *(Must select one)*
☒ None *(see disclaimer below)* **
☐ Shortened Benefit Rider

**Return of premium options**
☐ Return of Premium Upon Death Rider (complete beneficiary information below)
☐ Full Return of Premium Upon Death Rider (complete beneficiary information below)

**Name of beneficiary**
| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Relationship**
| | | | | | | | |
|---|---|---|---|---|---|---|---|

### Proposed insured spouse coverage

**Spousal rider benefits**
☐ Spousal Shared Care Rider (the two insureds' plans must be identical) ☐ Spousal Waiver of Premium Rider ☐ Spousal Survivorship Rider

**Risk class**
☐ Preferred Plus ☒ Preferred
☐ Standard ☐ Select I ☐ Select II

**Facility Care Daily Benefit** *(choose from $100–$500 in increments of $10)*
$ 2|2|0

**Home & Community Care Daily Benefit**
☐ 70% ☒ 100% ☐ 130%

**Elimination Period**
☐ 7 days ☐ 30 days ☐ 60 days
☒ 90 Days (This Elimination Period will be reduced to 60 days for Home and Community Care)

**Benefit Period**
☐ 2 years ☐ 3 years ☐ 4 years
☐ 5 years ☐ 6 years ☒ Lifetime

**Inflation protection riders** *(Must select one)*
☐ None *(see disclaimer below)* **
☐ 3% Lifetime Compound Benefit Increase Rider
☐ 4% Lifetime Compound Benefit Increase Rider

☒ 5% Lifetime Compound Benefit Increase Rider
☐ Two Times Compound Benefit Increase Rider
☐ Simple Benefit Increase Rider

**Premium payment options** *(Must select one)*
☐ Continuous pay
☐ Limited Pay Rider
☐ Accelerated Premium Rider

**Additional rider benefits**
☐ Home and Community Care Monthly Benefit Rider
☐ Waiver of Home and Community Care Elimination Period Rider
☐ Calendar Day Elimination Period Rider
☐ Restoration of Benefits Rider (not available with Lifetime Benefit Period or Spousal Shared Care Rider)

**Monthly indemnity benefit options**
☐ Comprehensive Monthly Indemnity Benefit Rider
　☐ $250/mo ☐ $500/mo ☐ $750/mo
　☐ $1,000/mo ☐ $1,250/mo ☐ $1,500/mo
☐ Home and Community Care Monthly Indemnity Benefit Rider
　☐ $250/mo ☐ $500/mo ☐ $750/mo

**Nonforfeiture rider benefits** *(Must select one)*
☒ None *(see disclaimer below)* **
☐ Shortened Benefit Rider

**Return of premium options**
☐ Return of Premium Upon Death Rider (complete beneficiary information below)
☐ Full Return of Premium Upon Death Rider (complete beneficiary information below)

**Name of beneficiary**
| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Relationship**
| | | | | | | | |
|---|---|---|---|---|---|---|---|

*PLEASE READ IF INFLATION PROTECTION IS NOT DESIRED By signing this application, I acknowledge by checking "None" that I have reviewed the outline of coverage and the graphs that compare the benefits and premiums of the policy with and without inflation protection Specifically, I have reviewed the 3%, 4%, and 5% Lifetime Compound Benefit Increase Riders, the Two Times Compound Benefit Increase Rider, and the Simple Benefit Increase Rider, and by checking "None," I acknowledge that I reject inflation protection

**PLEASE READ IF NONFORFEITURE BENEFIT IS NOT DESIRED By signing this application, I acknowledge by checking "None" that I have reviewed the outline of coverage and the nonforfeiture benefit as described therein Specifically, I have reviewed the Shortened Benefit Rider, and by checking "None," I acknowledge that I reject such nonforfeiture benefit

Return to Home Office ☑

## 5. Your premium payment amount

### Proposed primary insured

Planned model premium

$ [3] [9] [5] [V] [3K]

Total amount submitted with application

$ [        ] [0]

Frequency (Must select one)
- ☐ Monthly PAC/EFT (submit authorization form and 2 months premium)
- ☐ Quarterly ☐ Semiannually ☒ Annually

If endorsed group

Group name [                                    ]

### Proposed insured spouse

Planned model premium

$ [4] [0] [3] [7] [.] [2] [2]

Total amount submitted with application

$ [            ] [0]

Frequency (Must select one)
- ☐ Monthly PAC/EFT (submit authorization form and 2 months premium)
- ☐ Quarterly ☐ Semiannually ☒ Annually

If endorsed group  (applied for)

Group name [M] [I] [ ] [ ] [5] [H] [a] [H] [c] [ ] [B] [a] [n] [k] [s]

## 6. Special requests

### Proposed primary insured

Date to save age
[            ]

Special effective date
[            ]

Other

### Proposed insured spouse

Date to save age
[            ]

Special effective date
[            ]

Other

## 7. Payor if other than proposed insured(s)

Full name
[M] [I] [D] [ ] [S] [H] [A] [T] [E] [S] [ ] [B] [A] [N] [K]

Relationship to you
[B] [u] [a] [r] [d] [ ] [o] [f] [ ] [D] [i] [r] [e] [c] [t] [r]

Billing address
[9] [1] [0] [ ] [G] [R] [E] [E] [R] [ ] [S] [T]

City
[C] [u] [R] [D] [G] [L] [G]

State
[G] [A]

Zip code
[3] [0] [0] [1] [5] [-] [    ]

## 8. Designation of third party for protection against unintended lapse

I understand that I have the right to designate at least one person, other than myself, to receive notice of possible lapse of this long term care insurance policy for nonpayment of premium. I understand that this notice to my designee will not be given until 30 days after a premium is due and unpaid. Must select one

☒ I elect NOT to designate any person to receive such notice

☐ I elect to designate this person to receive such notice

### Proposed primary insured

Full name of third party designee
[                                              ]

Phone number
( [    ] ) [    ] - [        ]

Mailing address
[                                              ]

City
[                                    ]

State

Zip code
[        ] - [        ]

I understand that I have the right to designate at least one person, other than myself, to receive notice of possible lapse of this long term care insurance policy for nonpayment of premium. I understand that this notice to my designee will not be given until 30 days after a premium is due and unpaid.
Must select one

☑ I elect NOT to designate any person to receive such notice

☐ I elect to designate this person to receive such notice

**Proposed insured spouse**

Full name of third party designee

| | | | | | | | | | | | | | | | | | | | | | | | | | | |

Phone number

( | | | ) — | | | | — | | | |

Mailing address

| | | | | | | | | | | | | | | | | | | | | | | | | | | |

City | | | | | | | | | | | | | | | | State | | | Zip code | | | | | | |

## 9. Medical history - Part I

If any questions in Part I of the Medical History are answered "YES," you are not eligible for coverage

|  | | Primary Insured | | Insured Spouse | |
|---|---|---|---|---|---|
|  | | YES | NO | YES | NO |
| 1 | In the past 6 MONTHS – or currently | | | | |
| a | Are you receiving disability benefits or worker's compensation? | ☐ | ☑ | ☐ | ☑ |
| b | Due to any present or past mental or physical disability, is any person or institution authorized to act on your behalf? | ☐ | ☑ | ☐ | ☑ |
| c | Are you dependent on the use of a walker or wheelchair or are you confined to bed or home? | ☐ | ☑ | ☐ | ☑ |
| d | Are you using any medical appliance such as a catheter, oxygen equipment, respirator, or dialysis machine? | ☐ | ☑ | ☐ | ☑ |
| 2 | In the past 6 MONTHS, have you required assistance or supervision with, or are you currently limited in any way from performing, any of the following daily activities: eating, bathing, dressing, toileting, bladder or bowel control, or mobility? | ☐ | ☑ | ☐ | ☑ |
| 3 | In the past 10 YEARS have you ever been diagnosed as having or been treated by a member of the medical profession for any of the following | | | | |
| a | Acquired Immune Deficiency Syndrome (AIDS) or AIDS Related Complex (ARC)? | ☐ | ☑ | ☐ | ☑ |
| b | Diabetes treated with insulin or arthritis treated with chronic steroid use or gold? | ☐ | ☑ | ☐ | ☑ |
| c | Alzheimer's Disease, Organic Brain Syndrome, senility, confusion, disorientation, recurring memory loss, or dementia? | ☐ | ☑ | ☐ | ☑ |
| d | Parkinson's Disease, Multiple Sclerosis, ALS (Lou Gehrig's Disease), or Muscular Dystrophy? | ☐ | ☑ | ☐ | ☑ |
| e | Stroke, congestive heart failure, emphysema/COPD with continued smoking, cirrhosis of the liver, or unoperated aneurysm? | ☐ | ☑ | ☐ | ☑ |

## 9. Medical history - Part II

If any questions in Part II of the Medical History are answered "YES," please provide details on page 7

Primary Insured | Insured Spouse
YES NO | YES NO
☑ ☐ | ☑ ☐

1 In the past 10 YEARS, have you received medical advice or treatment for the following conditions?

(If "YES" check all that apply  PI = Proposed Primary Insured   IS = Proposed Insured Spouse )

| PI | IS | | PI | IS | | PI | IS | | PI | IS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | Alcoholism | ☐ | ☐ | Cane use | ☐ | ☐ | Epilepsy/seizures | ☐ | ☐ | Neurological disorder |
| ☐ | ☐ | Angina | ☐ | ☐ | Carotid artery disease | ☐ | ☐ | Falls | ☑ | ☐ | Osteoporosis |
| ☐ | ☐ | Arrhythmia | ☐ | ☐ | Chronic bronchitis | ☐ | ☐ | Fibromyalgia | ☐ | ☐ | Pacemaker |
| ☐ | ☐ | Arteriosclerosis | ☐ | ☐ | Circulatory disorder | ☐ | ☐ | Fractures | ☐ | ☐ | Peripheral vascular |
| ☐ | ☑ | Arthritis | ☐ | ☐ | COPD/emphysema | ☐ | ☐ | Heart attack/disease | | | disease |
| ☐ | ☐ | Asthma | ☐ | ☐ | Coronary artery disease | ☐ | ☐ | Hepatitis | ☐ | ☐ | Respiratory disorders |
| ☐ | ☐ | Auto-Immune Disorder | ☐ | ☐ | Crohn's disease or | ☑ | ☑ | High blood pressure | ☐ | ☐ | Skin ulcers |
| ☐ | ☐ | Back disorder/surgery | | | ulcerative colitis | ☐ | ☐ | Joint replacement | ☐ | ☐ | Spine/Back disorders |
| ☐ | ☐ | Blindness | ☐ | ☐ | Depression | ☐ | ☐ | Lupus | ☐ | ☐ | Stroke/TIA |
| ☐ | ☐ | Blood disorders | ☐ | ☐ | Diabetes | ☐ | ☐ | Melanoma | ☐ | ☐ | Urinary incontinence |
| ☐ | ☐ | Cancer | ☐ | ☐ | Drug or substance abuse | ☐ | ☐ | Mental/nervous disorder | | | |

[ Return to Home Office ]

## 9. Medical history - Part II (continued)

2  In the past 10 YEARS, have you been treated by a health professional for any condition not named above?   ☐ ☑ ☐ ☐

3  In the past 12 MONTHS, have you
   a  Been confined to a hospital, nursing home, or sanitarium?   ☐ ☑ ☐ ☒
   b  Received home care services, physical therapy, or rehabilitative therapy?   ☐ ☑ ☐ ☒
   c  Sought medical advice or treatment for loss of appetite, falling, fainting, problems with balance, dizziness, or
      deterioration of vision?·   ☐ ☑ ☐ ☑
   d  Had any surgical procedure recommended or scheduled?   ☐ ☑ ☐ ☒

## 9. Medical history - Part III

### Physician of proposed primary insured

Physician name
N A U T D | N u V a (1)

Phone number
(2 2 9) - 2 7 3 - 7 5 6 1

Mailing address
4 1 1 6 2 | E | 4 t h | A V i e n u e

| City | State | Zip code |
|---|---|---|
| W r a e l l e | G A | 3 1 0 1 8 - |

Medical specialist name

Phone number
( | | ) - | | |

Mailing address

| City | State | Zip code |
|---|---|---|
| | | - |

### Physician of proposed insured spouse

Physician name
N A U T D | N U V a / 1

Phone number
( 2 2 9 ) - 2 7 3 - 8 5 6 7

Mailing address
4 1 1 6 | E | 4 t h | A v e n u e

| City | State | Zip code |
|---|---|---|
| C a l d e l l e | G A | 3 1 6 V 5 - |

Medical specialist name
C h i a l e l s | M A y | 0 6 | G y n

Phone number
( 4 7 8 ) - 7 4 3 - 4 6 6 4 0

Mailing address
3 8 0 | M o b e l i / H a 7 / A r / S e

| City | State | Zip code |
|---|---|---|
| N H C o l A | G A | - |

Return to Home Office

What medications, prescription and non-prescription, are you currently taking?

| Name of medication | Dose | Frequency | Condition(s) for which you are taking it | PI | IS |
|---|---|---|---|---|---|
| Synthroid | 150mg | Daily | Thyroid | ☑ | ☐ |
| Lescol XL | 40mg | Daily | Cholesterol | | |
| Benicar | 10mg | Daily | Elevated BP | ☑ | ☐ |
| Boniva | 150mg | 1/month | Bone Builder | | |
| AndroGEL | 10% | Daily Skin Patch | Testosterone replacement | ☑ | ☐ |
| Lipitor | 10mg | every other day | Cholesterol | | |
| Benecar | 20mg | 1/day | Elevated BP | ☐ | ☐ |
| Fosamax | 70mg | 1/week | > Bone Building | | |
| (Calcium - OTE) | 600mg | Daily | | ☐ | ☐ |
| Acyclover | PRN | PRN | herpes - virus on occassion | ☐ | ☐ |

IS: Roslyn Shepard - Had check up in 4/05. Good results.

      OBGYN ck up 12/05 & Mammogram 2/06 - Good results

| Return to Home Office |

**10. Replacement (complete only if replacement is involved):**

By signing this application, I acknowledge that I have received and read a copy of the Notice to Applicant Regarding Replacement of Individual Accident and Sickness or Long Term Care Insurance. The "Notice to applicant" was delivered to (printed name of proposed insured)

| First | Middle | Last |
|---|---|---|
|  |  |  |

on (date)

| | | |
|---|---|---|

| Agent first | Middle | Last |
|---|---|---|
|  |  |  |

Agent address

| | |
|---|---|

| City | State | Zip code |
|---|---|---|
|  |  |  |

**11. Proposed insured(s) acknowledgement**

I(we) received and completed (if applicable) the following when I(we) applied for this policy

- ☑ Outline of Coverage
- ☑ Personal Worksheet
- ☑ Potential Rate Increase Disclosure
- ☑ Replacement Notice
- ☐ GA Long Term Care Buyer's Guide
- ☑ Medicare Notice
- ☐ Authorization for Release of Health Information
- ☐ Disclosure Statement

**12. Your agreement and permission**

AGREEMENT - The answers given are complete and true to the best of my knowledge and belief. I understand that the Company will rely on my written answers to the questions in this application and that if my answers are not complete and true, my policy may not be valid, subject to the Incontestability provision in the policy. I also understand that the agent cannot determine eligibility for or alter the terms of the proposed policy.

ACKNOWLEDGEMENT - I acknowledge receipt of an Outline of Coverage, GA Long Term Care Buyer's Guide, Medicare Notice, Potential Rate Increase Disclosure, and Disclosure Statement, which includes the Medical Information Bureau Notice and the Notice of Insurance Information Practices.

CAUTION - If your responses on this application are incorrect or untrue, the Company may have the right to deny benefits or rescind your policy, subject to the Incontestability provision in the policy.

| Signed at city | State |
|---|---|
|  | GA |

| Day | Month | Year |
|---|---|---|
| 23 | MARCH | 2006 |

X _Brenda N. Drupal_
Proposed primary insured's signature

X _Roslyn C. Shepard_
Proposed insured spouse's signature

To be answered by licensed resident agent: I certify that the statements of the proposed insured(s) have been correctly recorded in this application. To the best of my knowledge, the insurance applied for in this application ✓ will not or _____ will replace existing insurance

Agent's signature _____

Agent's phone number (2 2 0) - 8 7 8 - 9 0 7 8

**Entire Contract; Changes**

The Entire Contract consists of this policy, the attached copy of the application, any attached Endorsements, and any attached Riders. We have issued this Contract in consideration of the application and initial premium. All statements made by you are considered representations and not warranties. Only our President together with our Secretary have the authority to make any changes in this Contract. No agent has authority to change this Contract or waive any of its provisions. Any Rider, Endorsement, or application which modifies, limits, or excludes coverage under this Contract must be in writing and signed by you, the insured, to be valid, except for those modifications required by law.

**Incontestability**

We issued this Contract based on the information you provided in the application. Any misrepresentation may cause this Contract to be voided or rescinded, or a claim to be denied.

After 2 years, no misstatements, except fraudulent misstatements, made by you in the application will be used to void or rescind this Contract or to deny a claim. Such fraudulent misstatement must be in writing, must be material to the acceptance of coverage, and must pertain to the condition for which benefits are sought.

**Conformity with State Laws**

Any provision of this Contract which, on its Effective Date, conflicts with the laws of the state in which you reside on that date is amended to conform to the minimum requirements of those laws.

**Misstatement of Age**

If your age was understated on the application, we will pay only such benefits as the premium paid would have purchased at the correct age. If your age was overstated on the application, we will refund any excess premium paid when we have been notified of this fact. Our liability is limited to refunding premium paid, if according to the correct age, this Contract would not have been issued.

4

# DEFINITIONS

This section provides the meaning of special terms used throughout this Contract. Most of these terms are capitalized throughout this Contract to help you easily recognize them. Provision titles, section titles and terms used on the Policy Schedule are also capitalized for your convenience.

**We, Our, Us or the Company**
Allianz Life Insurance Company of North America (whether these terms are capitalized or not).

**You, Your or Yourself**
The person who is insured under this Contract, as shown on the Policy Schedule, and is solely entitled to exercise all rights of this Contract (whether these terms are capitalized or not).

**Activities of Daily Living, ADLs**
See the Eligibility for the Payment of Benefits section.

**Adult Day Care**
A program of services provided through an Adult Day Care center that includes:
* care for six or more individuals;
* health-related services;
* Maintenance or Personal Care Services; and
* recreational and social services provided during the day in a community group setting.

The purpose of such a program is to support frail, impaired, elderly, or other disabled adults who are not capable of full-time independent living, but do not require 24-hour institutional care and can benefit from care in a group setting outside the Home.

**Assisted Living Facility**
A facility licensed or certified with the appropriate state agency to provide the care described below, or, if not licensed or certified, a facility which is engaged primarily in providing ongoing care and related services in one location, and which meets all of the following criteria:
* has at least one trained staff member on duty 24 hours per day;
* provides continuous room and board;
* provides Maintenance or Personal Care Services required by residents due to their inability to perform the Activities of Daily Living or due to a Severe Cognitive Impairment;
* has formal arrangements for the services of a Physician or RN in case of an emergency; and
* has formal procedures in place to manage all medical emergencies and medical needs, including the handling and dispensing of prescription and non-prescription drugs and medical treatments.

Assisted Living Facilities do not include Hospitals or facilities otherwise excluded in this Contract.

**Beneficiary**
The person or persons or entity named on the application, if any, unless later changed in writing; or the person or persons or entity designated as such in a written notice to us. The Beneficiary, or your estate if no Beneficiary has been designated, will receive any unassigned benefit payments, unearned premium, or any Rider benefits due upon your death.

**Benefit Period**
The Benefit Period is shown on the Policy Schedule.

5

# DEFINITIONS

**Cancel, Cancelled, or Cancellation**
The Termination of this Contract, per your written request. Cancellation is effective upon receipt of such request or on such later date specified in the request.

**Chronically Ill, Chronic Illness**
See the Eligibility for the Payment of Benefits section.

**Class**
A population segment with similar characteristics such as issue age, underwriting and rating classification, elected benefit options, or Elimination Period.

**Contract**
This policy, the attached copy of the application, any attached Endorsements, and any attached Riders are the Contract.

**Effective Date**
The date when coverage starts under this Contract. It is shown on the Policy Schedule. This date determines Policy Anniversaries and Policy Years.

**Elimination Period**
The period of time that must be satisfied before we will pay you benefits and is the number of days in which you:
- must be Chronically Ill;
- are receiving care in either a Nursing Facility or Assisted Living Facility, or are receiving Home and Community Care; and
- are not receiving Benefit Payments under this Contract.

The Elimination Period is shown on the Policy Schedule. Each day of covered services under this Contract counts toward the Elimination Period. The Elimination Period must only be satisfied once in your lifetime.

**Endorsement**
An attachment to this policy that may provide an additional benefit or amend this Contract.

**Facility Care**
Skilled, intermediate, and custodial nursing care provided to you in a Nursing Facility or an Assisted Living Facility.

**Facility Care Daily Benefit**
The dollar amount elected by you and shown on the Policy Schedule.

**Home**
Any place where you reside. A Home is not a Nursing Facility, Assisted Living Facility, Alzheimer's facility, hospice facility, or Hospital.

**Home and Community Care**
A program of services provided to you through Adult Day Care, Home Health Care, or Hospice Care.

**Home and Community Care Daily Benefit**
The dollar amount elected by you and shown on the Policy Schedule.

**Home Health Aide**
A person, other than an RN or nurse, who provides Maintenance or Personal Care Services under the supervision of a Home Health Care Agency. A Home Health Aide must be duly licensed or certified under state law, if any; and acting within the scope of his or her license or certification at the time the treatment or service is performed.

6

# DEFINITIONS

**Home Health Care**

A program of medical and nonmedical services provided to ill, disabled, or infirm persons in their Home through a Home Health Care Agency. This includes professional nursing care by or under the supervision of an RN or nurse, care by a Home Health Aide, therapeutic care services by or under the supervision of a speech, occupational, physical, or respiratory therapist licensed under state law, if any, or incidental Homemaker Services.

**Home Health Care Agency**

A Hospital, agency, or other provider licensed, certified, or accredited under state law, if such licensing or accreditation is required, to provide Home Health Care.

**Homemaker Services**

Services or assistance with activities that are necessary to support your ability to remain in your Home, including assisting you with using the telephone, managing medications, moving about outside, shopping for essentials, preparing meals, doing your laundry, and light housekeeping. Such services must be:
* outlined in the Plan of Care;
* performed by the same individual providing Maintenance or Personal Care Services;
* incidental to the Maintenance or Personal Care Services; and
* provided during the same visit.

**Hospital**

An institution or facility that is:
* licensed as a Hospital by the proper authority of the state in which it is located; or
* accredited as a Hospital by the Joint Commission on Accreditation of Healthcare Organizations (JCAHO); or
* operated as a Hospital pursuant to law.

**Hospice Care**

Services provided in the event that you are diagnosed with a terminal disease. Hospice Care helps you, your primary caregiver and your family member(s) with the physical, social, and spiritual needs brought about by your terminal illness.

**Immediate Family Member**

Includes your spouse; and your spouse's or your: daughter, daughter-in-law, son, son-in-law, parent, sister, brother, grandparent or grandchild; and the same degree of relationship as effected by a common law marriage if recognized in the state where you reside.

**In Force**

The period between the Effective Date and Termination of this Contract.

**Informal Caregiver**

Any person designated by you to assist in the proper use and care of a therapeutic device or caregiving procedure. A person who is paid to care for you under this Contract cannot be an Informal Caregiver.

**Lapse, Lapses, or Lapsed**

Termination of this Contract due to insufficient premium payment. Refer to the Grace Period and Unintended Lapse Protection provisions under the Policy Administration section.

**Licensed Health Care Practitioner**

A person who is a Physician (as defined in section 1861(r)(1) of the Social Security Act), a Registered Professional Nurse, or a Licensed Social Worker.

The Licensed Health Care Practitioner must not be an Immediate Family Member. Neither the Licensed Health Care Practitioner nor any Immediate Family Member of the Licensed Health Care Practitioner can be an owner or in any way control the operation of a Nursing Facility in which you receive care or treatment unless preauthorized by the Company.

**Licensed Social Worker**

A person who is licensed by the state, if required, and acting within the scope of his or her professional responsibilities when providing an assessment indicating that you are Chronically Ill.

We will not recognize you or an Immediate Family Member as a Licensed Social Worker for claims that you make to us under this Contract.

**Loss of Functional Capacity**

The inability to perform the prescribed ADLs without the Substantial Assistance of another person.

**Maintenance or Personal Care Services**

Services provided primarily to give needed assistance to you as a result of your being Chronically Ill (including protection of your health and safety due to a Severe Cognitive Impairment).

**Maximum Lifetime Benefit**

The total amount we will pay in your lifetime for all benefits (other than the Waiver of Premium Benefit) provided by this Contract. The Maximum Lifetime Benefit is shown on the Policy Schedule. The Maximum Lifetime Benefit is calculated as the Facility Care Daily Benefit times the Benefit Period (in years) times 365.

**Medicare**

The program under the Health Insurance for the Aged Act, Title XVIII of the Social Security Amendments of 1965 and any later amendments or substitutes thereof.

**Nursing Facility**

A facility or institution, either separate or a distinct part of another health care facility, other than a Hospital, which is licensed or certified by the appropriate state agency to provide the following such care as described:

- provides an organized, 24-hour program of services consistent with the needs of its residents under the supervision of a Physician;
- provides medical and nursing services, as needed, including skilled, intermediate, and custodial nursing care, under the supervision of a Physician or RN; and
- maintains a daily medical record on each patient.

Nursing Facility does not include:

- convalescent homes, board and rest homes, homes for aged, residential care facilities, domiciliary and retired care facilities, or training centers; or
- government or veterans' facilities or any other facility where the patient is not required to pay.

**Physician**

A person who:

- is licensed to practice medicine and surgery and prescribe and administer drugs;
- is legally qualified as a medical practitioner and required to be recognized, under this Contract for insurance purposes, according to applicable state insurance laws; or
- meets the requirements of section 1861(r)(1) of the Social Security Act.

We will consider a person to be a Physician only when the person is performing tasks that are within the limits of the person's medical license, and such tasks are appropriate to the care of your Chronic Illness. We will not recognize you or an Immediate Family Member as a Physician for claims that you make to us under this Contract.

**Plan of Care**

A written plan prescribed by a Licensed Health Care Practitioner developed in consultation with you, based upon an assessment indicating that you are Chronically Ill. The Plan of Care should recommend the frequency and type of Qualified Long Term Care Services most suitable to meet your need for Substantial Assistance or Substantial Supervision, and the most appropriate providers for such services. A Plan of Care must be confirmed in writing at least annually, or as often as reasonably necessary when changes to your Chronic Illness necessitate revisions to the Plan of Care to ensure your needs continue to be appropriately met. All Qualified Long Term Care Services covered under this Contract must be consistent with the Plan of Care.

**Policy Anniversary**

The day and month that corresponds to the day and month of the Effective Date that occurs on the same day and month in a specified year. The Effective Date is shown on the Policy Schedule.

**Policy Schedule**

The Policy Schedule shows specifics concerning Policy Benefits, Rider Benefits, Endorsement Benefits, Cost of Benefits, Premium Summary, and General Benefit Information.

**Policy Year**

The period starting on a Policy Anniversary and ending on the day before the next Policy Anniversary. This is prior to Termination of this Contract.

**Qualified Long Term Care Services**

Necessary diagnostic, preventive, therapeutic, curing, treating, mitigating, and rehabilitative services and Maintenance or Personal Care Services, which are required by a Chronically Ill individual and provided pursuant to a Plan of Care prescribed by a Licensed Health Care Practitioner.

**Registered Professional Nurse, RN**

A duly licensed registered nurse acting within the scope of his or her license at the time the treatment or service is performed.

We will not recognize you or an Immediate Family Member as a Registered Professional Nurse for claims that you make to us under this Contract.

**Reinstate, Reinstated, or Reinstatement**

To restore coverage after this Contract has Lapsed or as described in the Reinstatement provision under the Policy Administration section.

**Renewal Premium**

The Total Modal Premium due, based on the Mode of Payment, to keep this Contract In Force. The Total Modal Premium and the Mode of Payment are shown on the Policy Schedule.

**Respite Care**

Short term Maintenance or Personal Care Services to relieve an Informal Caregiver who is providing care to you in your Home.

**Rider**

An attachment to this policy that provides an additional benefit.

**Severe Cognitive Impairment**

See the Eligibility for the Payment of Benefits section.

**Substantial Assistance**

Stand-by or hands-on assistance without which you would not be able to safely and completely perform the ADL. Stand-by assistance means the presence of another person within arm's reach of you that is necessary to prevent, by physical intervention, injury to you while you are performing the ADL. Hands-on assistance means direct physical assistance of another person.

**Substantial Supervision**      Requiring continual supervision by another person to protect you or others from threats to health or safety as a result of a Severe Cognitive Impairment. Such supervision may include cueing by verbal prompting, gestures, or other similar demonstrations.

**Termination, Terminate, Terminates, or Terminated**      The date on which coverage under this Contract ends. Refer to the Termination provision under the Policy Administration section.

# ELIGIBILITY FOR THE PAYMENT OF BENEFITS

**Benefit Payments**

Once you meet the Eligibility for Benefits and Limitations or Conditions on Eligibility for Benefits provisions below, we will pay up to the Facility Care Daily Benefit or Home and Community Care Daily Benefit for actual expenses incurred.

**Eligibility for Benefits**

To be eligible for the benefits shown on the Policy Schedule and in this Contract, you must be Chronically Ill. You must provide proof of such Chronic Illness as shown in the Claim Procedures section.

**Limitations or Conditions on Eligibility for Benefits**

To be eligible for Benefit Payments, you must meet the Eligibility for Benefits provision above, in addition to the following:
* this Contract must be In Force;
* you must have satisfied the Elimination Period; and
* you must be receiving Qualified Long Term Care Services pursuant to a Plan of Care prescribed by a Licensed Health Care Practitioner.

**Chronically Ill, Chronic Illness**

You are Chronically Ill if you have been certified, within the previous 12 months, by a Licensed Health Care Practitioner as:
* being unable to perform without Substantial Assistance at least 2 ADLs and Substantial Assistance is expected to be required for a period of at least 90 continuous days due to a Loss of Functional Capacity; or
* requiring Substantial Supervision to protect yourself from threats to health and safety due to a Severe Cognitive Impairment.

**Activities of Daily Living, ADLs**

ADLs are the following:
* Bathing. Washing yourself by sponge bath, or in either a tub or shower, including the task of getting into or out of the tub or shower.
* Continence. The ability to maintain control of bowel and bladder function, or, when unable to maintain control of bowel or bladder function, the ability to perform associated personal hygiene, including caring for a catheter or colostomy bag.
* Dressing. Putting on and taking off all items of clothing and any necessary braces, fasteners, or artificial limbs.
* Eating. Feeding yourself by getting food into your body from a receptacle (such as a plate, cup or table), or by feeding tube or intravenously.
* Toileting. Getting to and from the toilet, getting on and off the toilet, and performing associated personal hygiene.
* Transferring. Moving into or out of a bed, chair, or wheelchair.

**Severe Cognitive Impairment**

The deterioration or loss of your intellectual capacity which is confirmed by a Physician and measured by clinical evidence and standardized tests that reliably measure your impairment in:
* short or long term memory;
* orientation as to people (such as who you are), places (such as where you are), or time (such as day, date and year);
* judgement as it relates to safety awareness, which requires supervision or verbal cueing by another person to protect yourself and others; or
* deductive or abstract reasoning.

Coverage is provided for Alzheimer's Disease and forms of senility and irreversible dementia that result in a Severe Cognitive Impairment.

**Benefits End**

Benefit.Payments will end if we do not receive Continued Proof of Loss or on the earliest of:
- the date on which you are no longer Chronically Ill;
- the date this Contract Terminates; or
- the date the certification that you are Chronically Ill from your Licensed Health Care Practitioner expires.

**Facility Care Benefit**

If you are eligible for Benefit Payments and are confined in a Nursing Facility or an Assisted Living Facility, we will pay up to the Facility Care Daily Benefit for each day of skilled, intermediate, and custodial nursing care received in the Nursing Facility or Assisted Living Facility. All benefits paid under the Facility Care Benefit accumulate toward the Maximum Lifetime Benefit.

**Home and Community Care Benefit**

If you are eligible for Benefit Payments, we will pay up to the Home and Community Care Daily Benefit for covered Home and Community Care (Adult Day Care, Home Health Care, and Hospice Care) you receive, as long as you are not receiving Facility Care Benefits, and are not confined in a Hospital. All benefits paid under the Home and Community Care Benefit accumulate toward the Maximum Lifetime Benefit; however, the maximum daily amount of benefits accumulated will not exceed the Facility Care Daily Benefit amount.

**Alternative Plan of Care Benefit**

The Alternative Plan of Care Benefit provides benefits for services which may include: equipment purchases or rentals; permanent or temporary modifications to your Home (such as ramps or rails); or care services not normally covered under other benefit provisions in this policy. We reserve the right to make the final decision on any request for the Alternative Plan of Care Benefit.

We will pay the Alternative Plan of Care Benefit if:
- you meet the Eligibility for Benefits provision;
- you, your Licensed Health Care Practitioner, and we agree the Alternative Plan of Care Benefit is: (a) medically acceptable; and (b) the most cost efficient manner in which to provide benefits for your claim under this Contract;
- you have not exhausted the Maximum Lifetime Benefit; and
- you agree that you will not receive payments for any other benefits under this Contract while the Alternative Plan of Care Benefit is being paid, unless otherwise agreed to by you and us.

If the Elimination Period has not been satisfied, the remaining days needed to satisfy the Elimination Period will be multiplied by the Facility Care Daily Benefit and subtracted from the amount payable for the Alternative Plan of Care Benefit. All benefits paid under the Alternative Plan of Care Benefit accumulate toward the Maximum Lifetime Benefit.

**Bed Reservation Benefit**

If you are eligible for Benefit Payments, we will continue to pay the Facility Care Daily Benefit as if you were still confined in the Nursing Facility or the Assisted Living Facility if you:
- become hospitalized or temporarily leave the Nursing Facility or the Assisted Living Facility; and
- are billed by the Nursing Facility or the Assisted Living Facility to reserve your accommodations.

All benefits paid under the Bed Reservation Benefit accumulate toward the Maximum Lifetime Benefit. This benefit is payable for a maximum of 60 days per calendar year.

**Caregiver Training Benefit**

If you meet the Eligibility for Benefits provision, we will pay up to the Maximum Caregiver Training Benefit (five times the Facility Care Daily Benefit) shown on the Policy Schedule for expenses incurred for an Informal Caregiver to receive training to take care of you in your Home.

All benefits paid under the Caregiver Training Benefit accumulate toward the Maximum Lifetime Benefit. The Elimination Period does not apply to this benefit and days of caregiver training will not be used to satisfy the Elimination Period.

**Respite Care Benefit**

If you meet the Eligibility for Benefits provision, we will pay Respite Care Benefits for:
- the actual daily charges you incur for each day of care received in a Nursing Facility or an Assisted Living Facility, up to the Facility Care Daily Benefit; or
- the actual expenses you incur for each day you receive Home and Community Care, up to the Home and Community Care Daily Benefit.

All benefits paid under the Respite Care Benefit accumulate toward the Maximum Lifetime Benefit. The Elimination Period does not apply to this benefit and days of respite care will not be used to satisfy the Elimination Period. The Respite Care Benefit is payable for a maximum of 30 days per calendar year.

**Nursing Facility Recovery Benefit**

This Contract is paid up if:
- Facility Care Daily Benefits are paid for at least 12 continuous months, due to a confinement in a Nursing Facility; and
- You are no longer Chronically Ill.

**Waiver of Premium Benefit**

If you are eligible for Benefit Payments and the Elimination Period has been satisfied, we will waive your premium as it comes due.

We will continue to waive each premium that comes due according to the Mode of Payment in effect at the time you become eligible for this benefit, as long as you continue to be Chronically Ill. Once you recover and are no longer Chronically Ill, you must pay each premium that comes due according to the Mode of Payment currently in effect.

**Care Coordination Advisor Benefit**

If you choose, we will provide you with access to care management professionals who will work with you, your family member(s), and your Licensed Health Care Practitioner to determine and monitor your care, including assessment of your situation and investigation of available care resources. This may include assistance developing and monitoring a Plan of Care with you, your family member(s), and your Licensed Health Care Practitioner. This service is not required for you to obtain Benefit Payments under this Contract. This service will not accumulate toward the Maximum Lifetime Benefit.

# CLAIM PROCEDURES

This section describes our claims process and how to file a claim. We will evaluate your claim based upon the information you provide us and other information we gather about your claim.

**Notice of Claim**

You, or someone acting on your behalf, must give us Notice of Claim for benefits within 30 days after the date of loss, or as soon as reasonably possible.

Write or call us at the address or telephone number shown on the first page of this policy to notify us of your claim. In order to sufficiently identify you, the written notice should include your name, policy number, and the address to which the Claim Form should be sent. It should be mailed to us at our Home Office.

**Claim Form**

We, upon receipt of Notice of Claim, will send you a Claim Form within 10 days to use in filing the Proof of Loss or if needed to determine Continued Proof of Loss. By completing all the items on the Claim Form and sending the required information to the address on the form, you will help us to expedite the processing of your claim.

If you, or anyone acting on your behalf, do not receive our Claim Form within 10 days of notifying us, you may file the Proof of Loss without our Claim Form by sending us a letter which describes the character and extent of your Chronic Illness. The letter should include the following information:

* your name and address;
* the name and address of your Licensed Health Care Practitioner(s);
* the basis on which you are claiming benefits as described under the Eligibility for the Payment of Benefits section;
* the date the Chronic Illness began;
* the cause of the Chronic Illness;
* the extent of the Chronic Illness, including restrictions and limitations preventing you from performing ADLs;
* a written certification, completed within the previous 12 months by a Licensed Health Care Practitioner, verifying that you are Chronically Ill;
* the name and address of any Hospital or institution where you have received treatment, and/or the name and address of any health care provider who has treated you, including all attending Physicians; and
* a written Plan of Care.

**Proof of Loss**

You will be considered to have provided Proof of Loss when we receive a Claim Form or a letter (as described in the Claim Form provision above) with any applicable statements and bills for covered care services which include the date, nature, and charges for all services.

Proof of Loss must be sent to us within 90 days after the date of loss. If it is not possible to give us timely Proof of Loss, we will not reduce or deny your claim if Proof of Loss is filed as soon as you reasonably can provide the information to us. Unless you are not legally capable, the required Proof of Loss must be given to us no later than one year from the date Proof of Loss would have otherwise been required.

In order to verify that you are eligible for Benefit Payments, one or more of the following, relating to your Chronic Illness, may also be required at our expense:

* a personal interview with you or an assessment of you; or
* a Physician's statement and/or copies of relevant medical records from any Physician or health care provider involved in your care; and
* any other such proof, as we may deem necessary.

14

**Continued Proof of Loss**

Once we have verified that you are eligible for Benefit Payments, you must submit statements and bills for covered care services each month. We will request, at least annually or as often as reasonably necessary, a completed supplemental Claim Form, which will include a request for an updated Plan of Care. At our expense, we may also require one or more of the following:

* a personal interview with you or an assessment of you, relating to your Chronic Illness; or
* a Physician's statement and/or copies of relevant medical records from any Physician or health care provider involved in your care; and
* any other such proof, as we may deem necessary.

**Time of Payment of Claims**

Benefits will be paid immediately after we receive and verify Proof of Loss or Continued Proof of Loss, and will continue until the Maximum Lifetime Benefit is exhausted. If we do not pay benefits upon receipt of written Proof of Loss, we will provide notice to you in writing, within 15 working days, to explain our reasons for not paying the claim, either in whole or in part. The letter will also provide you with a written itemization of any documents or other information needed to process the claim or any portion(s) not paid. After we receive all information needed to process the claim, we then have 15 working days in which to process the claim and either pay it or deny it.

Failure to pay a valid claim within 15 days shall entitle the insured to interest at the rate of 18 percent per annum from the 15th day after receipt of such Proof of Loss to the date of late payment on the proceeds or benefits due under the terms of this Contract.

**Payment of Claims**

All benefits are paid to you or your assignee. Any benefits unpaid at your death will be paid to your Beneficiary.

**Overpayment of Claims**

If, for any reason, benefits have been overpaid, you have the responsibility to return any overpayments. We have the right to recover by offsetting against any amounts otherwise payable to you under this Contract.

**Unpaid Premium**

Any premium due and unpaid will be deducted from the claim payment when the claim is paid.

**Physical Examination**

We, at our expense, have the right to have you examined to determine your Eligibility for Benefits when and as often as reasonably necessary during the pendency of a claim.

**Claim Appeal Procedure**

If you believe that our claim decision is in error, you may appeal our decision and we will reconsider your claim. Send us a written request (no special form is required) explaining why you feel we should change our decision. Your written request must be submitted within 60 days, or as soon as reasonably possible, of your receipt of the explanation of benefits of your claim. You may authorize someone else to act for you in this process.

Your written request should include your name and policy number as well as the names, addresses and telephone numbers of any persons or organizations you believe we should contact to learn more about the claim under reconsideration.

Once we have completed our review, we will notify you immediately of our decision. We will pay you any benefits we determine to be due to you as a result of our reconsideration. This notification will be sent to you no later than 30 days after receipt of your written request for appeal. If we require more than 30 days, we will notify you of the reasons for the delay. Our final decision on your appeal does not prevent you from taking further action.

**Legal Action**

No Legal Action may be brought to recover benefits under this Contract within 60 days after Proof of Loss has been given. No action may be brought more than 3 years after the time Proof of Loss is required to be given.

This section describes premium payment requirements and Reinstatement of this Contract should it Lapse.

**Paying Premiums**
Renewal Premiums are due at the beginning of each Mode of Payment Interval from the Effective Date. Payments are to be made to us. You may change the Mode of Payment if you notify us.

**Grace Period**
This Contract has a 30-day Grace Period. This means that if a Renewal Premium is not paid on or before the date it is due, it may be paid during the following 30 days. This Contract will stay In Force during the Grace Period.

**Unintended Lapse Protection**
You have the right to elect a third party designee for us to notify before this Contract Terminates due to nonpayment of premium.

30 days after the Renewal Premium is due and unpaid, we will mail, by postage paid, first-class US mail, at the end of the Grace Period, a notice to you and your third party designee, if elected, stating that this Contract is about to Lapse. Notice is considered to have been given as of 5 days after the date of mailing. You have an additional 30 days beyond the date this notice was given to pay your premium. During this 30-day extension, this Contract is In Force. To keep this Contract In Force with no gap in coverage, you must pay your premium within this 30-day extension period. If your premium remains unpaid, this Contract will Terminate.

**Reinstatement**
If this Contract Lapses, you may request to Reinstate this Contract, within 5 months of the date of Lapse, by submitting an application to determine your eligibility for Reinstatement. You will be given a conditional receipt for any premium submitted with the application. If we do not approve your application, we will notify you in writing within 45 days from the date of your application and refund any premium that was submitted with the application. If we do not notify you within 45 days of our approval, this Contract will be Reinstated on the 45th day after the date of the conditional receipt. Your coverage will be Reinstated, subject to evidence of insurability and receipt of all past due and unpaid premiums.

This Contract will be Reinstated as of the last premium due date if we approve your application for Reinstatement and all premiums due are received. The Reinstated Contract will cover only loss due to an injury sustained after the date of Reinstatement and loss due to a sickness that begins more than 10 days after the Reinstatement. In all other aspects, your rights and ours will be the same as before this Contract Terminated, subject to any provisions endorsed or attached in connection with the Reinstatement.

**Reinstatement due to Chronic Illness**
If this Contract Lapses due to nonpayment of premium due to a Chronic Illness that began before Lapse, you may request to Reinstate this Contract, within 5 months of the date of Lapse, by submitting:
- proof of such Chronic Illness, certified by a Licensed Health Care Practitioner; and
- payment of all past due premiums.

If we Reinstate this Contract after nonpayment of premium due to Chronic Illness:
- the Reinstatement will not require any evidence of insurability.
- there will be no gaps in coverage. Coverage will be a continuation of that provided prior to Reinstatement. This provision does not apply if this Contract has been Terminated due to any reason other than Lapse due to Chronic Illness.
- premium is due from the date of the last premium payment, at the rate which would have been in effect had this Contract remained In Force. Payment must be made within 15 days of our written request to you.

**Extension of Benefits**

Benefit Payments will be paid after Termination if:
- you become Chronically Ill while this Contract is In Force; and
- your Chronic Illness continues without interruption after Termination.

Benefit Payments are limited to the benefits payable under this provision and are subject to all other provisions of this Contract.

**Termination**

This Contract will Terminate and your coverage will end on the earliest of:
- the date you have exhausted the Maximum Lifetime Benefit;
- the date this Contract Lapses due to nonpayment of premium;
- the date this Contract is Cancelled by you; or
- the date of your death.

**Cancellation by Insured**

You may Cancel this Contract at any time by delivering or mailing written notice of Cancellation to us. Cancellation will be effective upon receipt of such notice or on such later date as may be specified in such notice. If this Contract is Cancelled, the following provisions do not apply: Grace Period, Unintended Lapse Protection, and Waiver of Premium Benefit. The Cancellation will be without prejudice to any claim originating prior to the effective date of such Cancellation.

**Return of Unearned Premium**

Upon your death, we will return any unearned premium for this Contract to your Beneficiary on a pro-rata basis. We will return this unearned premium within 30 days of receipt of proof of your death.

We will return to you any unearned premium, on a pro-rata basis, as of the later of:
- the date which you request the Cancellation in writing; or
- the date we receive your written request to Cancel this Contract in our Home Office.

**Change of Beneficiary**

You may change the Beneficiary at any time by giving us written notice. A change will not be effective until recorded by us. Once recorded, the change will apply as of the date the request was signed. We will not be liable for any action taken or payment made before a Beneficiary change is recorded. The Beneficiary's consent is not required to change this Contract or the Beneficiary, unless the designation of the Beneficiary is irrevocable.

**Duplicate Contract**

If you have misplaced this Contract and wish to request a duplicate copy, you will be assessed a fee of up to $25.

This section tells you under what circumstances benefits are not payable even if you would otherwise qualify for benefits under this Contract.

**Limitations and Exclusions**

No benefits will be paid for any confinement, care, treatment, or service(s):

- for alcoholism or drug addiction; however, this does not include a loss sustained as a result of you being under the influence of any narcotic administered on the advice of a Physician.
- that result from participating in a felony, a riot or an insurrection.
- for which benefits are provided under any state or federal worker's compensation law.
- that result from an act of war, whether declared or not.
- that result from your intentionally self-inflicted injury.
- provided outside the fifty United States, the District of Columbia, or Canada[, except as described in the International Coverage Benefit Endorsement].
- provided to you by an Immediate Family Member or someone living in your Home, unless pre-approved by us.
- for which you have no financial liability or that are provided at no charge in the absence of insurance.
- provided in a government facility (unless otherwise required by law).
- that are reimbursable under Medicare or would be so reimbursable but for the application of a deductible or coinsurance amount. This Contract will, however, pay benefits for covered expenses that exceed the amount reimbursable under Medicare.

**Allianz Life Insurance Company of North America**
5701 Golden Hills Drive
Minneapolis, MN 55416-1297

800/950-1962

TAX-QUALIFIED LONG TERM CARE INSURANCE POLICY

© 2003 Allianz

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused the within and foregoing **"Plaintiff's Initial Disclosures"** to be served upon all other parties in this action by electronic service via to be served via electronic delivery using the PACER-ECF system as authorized by LR 5.0(A), NDGA upon the following:

Ginger Busby
Walker M. Beauchamp
Burr & Foreman, LLP
171 17th Street NW
Suite 100
Atlanta, Georgia 30363
  Attorney for Defendant


Dated: August 20, 2021                    Respectfully submitted,

                                          */s/ William Brent Ney*
                                          WILLIAM BRENT NEY
                                          Georgia Bar No. 542519
                                          Attorney for Plaintiff

Address:

Ney Rhein, LLC
265 South Culver Street
Lawrenceville, Georgia 30046
404-842-7232 (Direct)
770-637-5057 (Fax)
william@neyrhein.com