IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **PAMELA SHEPARD ADDLETON, as Exexutrix for the Estate of Roslyn Shepard,** | )<br>)<br>)<br>) |
| **Plaintiff,** | )<br>) |
| vs. | ) **CIVIL ACTION**<br>)<br>) **FILE NO. 1:21-cv-03087-TWT** |
| **ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA,** | )<br>)<br>) |
| **Defendant.** | ) |

**PLAINTIFF'S CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff is an individual. Defendant is Allianz Life Insurance Company of North America ("Allianz"). Plaintiff is unaware of any parent corporation or other entity which owns 10% or more of the stock in Allianz.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

<u>Plaintiff is unaware of any entity other than the parties which has a financial interest or other interest in the case.</u>

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    For the Plaintiff:

        William Brent Ney
        Ney Rhein, LLC
        265 South Culver Street
        Lawrenceville, Georgia 30046
        404-842-7232 (Direct)
        770-637-5057 (Fax)
        william@neyrhein.com

    For the Defendant:

        Ginger Busby
        Walker M. Beauchamp
        Burr & Foreman, LLP
        171 17th Street NW
        Suite 100
        Atlanta, Georgia 30363

Dated:  August 20, 2021               Respectfully submitted,


                                      */s/ William Brent Ney*
                                      WILLIAM BRENT NEY
                                      Georgia Bar No. 542519
                                      Attorney for


Address:

Ney Rhein, LLC
265 South Culver Street
Lawrenceville, Georgia 30046
404-842-7232 (Direct)
770-637-5057 (Fax)
william@neyrhein.com

# CERTIFICATE OF SERVICE

This is to certify that I have this day caused the within and foregoing **"Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement"** to be served upon all other parties in this action by electronic service via to be served via electronic delivery using the PACER-ECF system as authorized by LR 5.0(A), NDGA upon the following:

    Ginger Busby
    Walker M. Beauchamp
    Burr & Foreman, LLP
    171 17th Street NW
    Suite 100
    Atlanta, Georgia 30363
      Attorney for Defendant

Dated: August 20, 2021          Respectfully submitted,

                                      */s/ William Brent Ney*
                                      WILLIAM BRENT NEY
                                      Georgia Bar No. 542519
                                      Attorney for Plaintiff

Address:

Ney Rhein, LLC
265 South Culver Street
Lawrenceville, Georgia 30046
404-842-7232 (Direct)
770-637-5057 (Fax)
william@neyrhein.com