IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAMELA SHEPARD ADDLETON, as Executrix for the Estate of Roslyn Shepard, <br><br> Plaintiff, <br><br> vs. <br><br> ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, <br><br> Defendant. | CIVIL ACTION <br><br> FILE NO. 1:21-cv-03087-TWT |

## MOTION FOR LEAVE OF ABSENCE

William Brent Ney, Attorney for Plaintiff Earlean Beckford, individually and on behalf of her minor children, respectfully moves the Court for an Order granting him leave of absence in accordance with Local Rule 83.1(E)(4), NDGA for the purposes of State Court conflicts, personal vacation, and CLE for the following dates:

August 30-31, 2021

September 1-3, 10, 24, 2021

October 8, 11-15, 18, 2021

November 5, 19, 22-24, 2021

December 18, 20, 2021

Counsel requests the above matter not be calendared for hearing or trial during these days. A proposed Order Granting Leave of Absence is submitted herewith.

Dated: August 27, 2021                    Respectfully submitted,

*/s/ William Brent Ney*
WILLIAM BRENT NEY
Georgia Bar No. 542519
Attorney for Plaintiff

Ney Rhein, LLC
265 South Culver Street
Lawrenceville, Georgia 30046
404-842-7232 (Direct)
770-637-5057 (Fax)
william@neyrhein.com

# CERTIFICATE OF SERVICE

This is to certify that I have this day caused the within and foregoing "**Motion for Leave of Absence**" and proposed **"Order Granting Leave of Absence"** to be served upon all other parties in this action by electronic service via to be served via electronic delivery using the PACER-ECF system as authorized by LR 5.0(A), NDGA upon the following:

> Ginger Busby
> Walker M. Beauchamp
> Burr & Foreman, LLP
> 171 17th Street NW
> Suite 100
> Atlanta, Georgia 30363
>    Attorney for Defendant

Dated:     August 27, 2021                    Respectfully submitted,


                                              */s/ William Brent Ney*
                                              WILLIAM BRENT NEY
                                              Georgia Bar No. 542519
                                              Attorney for Plaintiff

Ney Rhein, LLC
265 South Culver Street
Lawrenceville, Georgia 30046
404-842-7232 (Direct)
770-637-5057 (Fax)
william@neyrhein.com