# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PAMELA SHEPARD ADDLETON, as Executrix for the Estate of Roslyn Shepard, | ) ) ) ) |
| **Plaintiff,** | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) FILE NO. 1:21-cv-03087-TWT |
| ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) |
| | ) |
| **Defendant.** | ) |

## ORDER GRANTING LEAVE OF ABSENCE

This matter is before the Court on Plaintiff's Counsel's Motion for Leave of Absence for the following dates:

August 30-31, 2021

September 1-3, 10, 24, 2021

October 8, 11-15, 18, 2021

November 5, 19, 22-24, 2021

December 18, 20, 2021

The Court hereby GRANTS the Motion and ORDERS that no hearings or trials be set during those days.

SO ORDERED this 31st day of August , 2021.

Thomas W. Thrash

HONORABLE THOMAS W. THRASH, JR, JUDGE
United States District Court
Northern District of Georgia
Atlanta Division