**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **PAMELA SHEPARD ADDLETON, as Executrix for the Estate of Roslyn Shepard,** ) ) ) ) | |
| **Plaintiff,** ) | |
| **vs.** ) | **CIVIL ACTION** |
| ) | **FILE NO. 1:21-cv-03087-TWT** |
| **ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA,** ) ) ) | |
| **Defendant.** ) | |

## RULE 5.4(A) CERTIFICATE OF SERVICE OF DISCOVERY REQUESTS

Pursuant to Rule 5.4(A), Pamela Shepard Addleton, as Executrix for the Estate of Roslyn Shepard, Plaintiff herein, hereby notifies the Court and all other parties that the following discovery requests were served on September 23, 2021:

1. Plaintiff's First Interrogatories to Defendant; and

2. Plaintiff's First Continuing Request for Production of Documents and Things to Defendant and Notice to Produce.

Dated: September 23, 2021

Respectfully submitted,

*/s/ William Brent Ney*
WILLIAM BRENT NEY
Georgia Bar No. 542519
Attorney for Plaintiff

Ney Rhein, LLC
265 South Culver Street
Lawrenceville, Georgia 30046
404-842-7232 (Direct)
770-637-5057 (Fax)
william@neyrhein.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day caused the within and foregoing **"Rule 5.4(A) Certificate of Service of Discovery Requests"** to be served upon all other parties in this action by electronic service via to be served via electronic delivery using the PACER-ECF system as authorized by LR 5.0(A), NDGA upon the following:

> Ginger Busby
> Walker M. Beauchamp
> Burr & Foreman, LLP
> 171 17th Street NW
> Suite 100
> Atlanta, Georgia 30363
> > Attorney for Defendant

Dated: September 23, 2021                    Respectfully submitted,

*/s/ William Brent Ney*
WILLIAM BRENT NEY
Georgia Bar No. 542519
Attorney for Plaintiff

Address:

Ney Rhein, LLC
265 South Culver Street
Lawrenceville, Georgia 30046
404-842-7232 (Direct)
770-637-5057 (Fax)
william@neyrhein.com