IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAMELA SHEPARD ADDLETON, Personal Representative of the Estate of ROSLYN SHEPARD,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | CASE NO: 1:21-cv-03087-TWT |

## CERTIFICATE OF SERVICE

Pursuant to LR 26.3(A), I hereby certify that on December 29, 2021, I electronically served counsel of record with a copy of **Defendant Allianz Life Insurance Company of America's Initial Disclosures** by sending an e-mail copy of said document to:

William Brent Ney
Ney Rhein, LLC
265 South Culver Street
Lawrenceville, GA 30046
william@neyrhein.com

/s/ *Walker M. Beauchamp*
Jennifer M. Busby (Ga. Bar No. 098340)
Walker M. Beauchamp (Ga. Bar No. 165363)
420 20th North Street, Suite 3400
Birmingham, AL 35203

Telephone: (205)251-3000
gbusby@burr.com
wbeauchamp@burr.com

Attorneys for ALLIANZ LIFE INSURANCE