# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PAMELA SHEPARD ADDLETON, Personal Representative of the Estate of ROSLYN SHEPARD, ) ) ) ) ) Plaintiff, ) ) v. ) ) ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, ) ) ) ) Defendant. ) ) | CASE NO: 1:21-cv-03087-TWT |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE

Pamela Shepard Addleton, Personal Representative of the Estate of Roslyn Shepard ("Plaintiff") and Allianz Life Insurance Company of North America ("Defendant", and, collectively with Plaintiff, the "Parties"), pursuant to Fed. R. Civ. P. 16 and the Court's current Scheduling Order, respectfully request an extension of discovery through February 02, 2022, as well as corresponding dispositive-motion and pretrial deadlines. In support of this Motion, the Parties state as follows:

1. Pursuant to this Court's current Scheduling Order, fact discovery in this matter closes on January 03, 2022. *See* Dkt. No. 10. The Scheduling Order further states: "A request for a discovery extension may be made if the parties are unable to

complete discovery despite diligent effort in the original discovery period and the request is made prior to the expiration of the discovery period." Dkt. No. 10 p.1.

2. Thus far, the Parties have attempted to complete discovery by the January 03, 2022 cut-off. Defendant has twice noticed Plaintiff's deposition, but the proposed dates have not been feasible for Plaintiff's counsel.

3. The Parties believe that additional time is needed to reschedule Plaintiff's deposition and determine whether further depositions or written discovery might be needed to resolve relevant fact questions. The Parties therefore request an extension of time to complete discovery through February 02, 2022.

4. This marks the first request for such an extension.

5. The Parties agree that good cause exists to modify the current schedule as requested, and that no Party will be prejudiced by the relief sought in this Motion.

WHEREFORE, the Parties respectfully request that the Court grant this Motion and extend the deadline by which the Parties must complete discovery to February 02, 2022, and that all subsequent deadlines in this matter be adjusted accordingly. A proposed Order is attached to this Motion.

Respectfully submitted this the 30th day of December, 2021.

| NEY RHEIN, LLC | BURR & FORMAN LLP |
|---|---|
| By: *s/William Ney** <br> William Brent Ney | By: *s/Walker M. Beauchamp* <br> Jennifer M. Busby |

Georgia Bar No. 542519
william@neyrein.com
265 South Culver Street
Lawrenceville, Georgia 30046
Ph: 404-842-7232
Fax: 770-637-5057

*Attorney for Plaintiff*
\* Signed with permission (wmb)

Georgia Bar No. 098340
Walker M. Beauchamp
Georgia Bar No. 165363

420 20th North Street, Ste. 3400
Birmingham, Alabama 35203
(205) 251-3000 – Telephone
(205) 458-5100 – Facsimile
Gbusby@Burr.com
WBeauchamp@Burr.com

*Attorneys for Defendant Allianz Life Insurance Company of North America*

## RULE 5.1 CERTIFICATE

The undersigned certifies that the foregoing document has been prepared with Times New Roman, 14 point font, one of the font point selections approved by the Court in LR 5.1C.

　　　　　　　　　　　　　　　　　/s/ Walker M. Beauchamp
　　　　　　　　　　　　　　　　　Of Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2021, I filed the foregoing Join Motion to Extend Discovery via the CM/ECF system, which will serve the foregoing document on all counsel of record.

>	*/s/ Walker M. Beauchamp*
>	Of Counsel