# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PAMELA SHEPARD ADDLETON, Personal Representative of the Estate of ROSLYN SHEPARD, <br><br> Plaintiff, <br><br> v. <br><br> ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, <br><br> Defendant. | CASE NO: 1:21-cv-03087-TWT |

## CERTIFICATE OF SERVICE

Pursuant to LR 26.3(A), I hereby certify that on December 31, 2021, I served counsel of record with a copy of **Defendant Allianz Life Insurance Company of North America's Responses to Plaintiff's First Continuing Interrogatories and Defendant Allianz Life Insurance Company of North America's Responses to Plaintiff's First Request for Production of Documents (Allianz1007-1192)** by mailing a copy of said documents to:

> William Brent Ney
> Ney Rhein, LLC
> 265 South Culver Street
> Lawrenceville, GA 30046
> william@neyrhein.com

>  */s/ Walker M. Beauchamp*
> Jennifer M. Busby (Ga. Bar No. 098340)
> Walker M. Beauchamp (Ga. Bar No. 165363)

420 20th North Street, Suite 3400
Birmingham, AL 35203
Telephone: (205)251-3000
gbusby@burr.com
wbeauchamp@burr.com

Attorneys for ALLIANZ LIFE INSURANCE