# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PAMELA SHEPARD ADDLETON, Personal Representative of the Estate of ROSLYN SHEPARD,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | CASE NO: 1:21-cv-03087-TWT |

## ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY DEADLINE

Before the Court is the Parties' Joint Motion to Extend Discovery Deadline (the "Motion"), filed December 30, 2021 in the above-captioned action. Having considered the Motion, the Court hereby GRANTS the motion. Accordingly, the Court extends the discovery deadline to February 02, 2022, as well as all other corresponding deadlines.

IT IS SO ORDERED, this __3rd__ day of __January__, 2022.

_____
Hon. Thomas W. Thrash, Jr.
United States District Judge