**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **PAMELA SHEPARD ADDLETON, as Executrix for the Estate of Roslyn Shepard,** | )<br>)<br>)<br>) |
| Plaintiff, | ) **CIVIL ACTION FILE NO.** |
| vs. | ) **1:21-cv-03087-TWT** |
| **ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA,** | )<br>)<br>)<br>)<br>) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE OF ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICAS RE-NOTICE OF DEPOSITION OF PAMELA SHEPARD ADDLETON**

This is to certify that I have on this the 13th day of January, 2022, filed this **Certificate of Service of Allianz Life Insurance Company of North America's Re-Notice of Deposition of Pamela Shepard Addleton** with the Clerk of Court using the CM/ECF system, which will automatically send notification to the following counsel of record:

William Brent Ney
265 South Culver Street
Lawrenceville, Georgia 30046
william@neyrhein.com

Respectfully submitted this 13th day of January, 2022.

                                   */s/ Walker M. Beauchamp*
                                    Jennifer M. Busby
                                    Georgia Bar No. 098340
                                    Walker M. Beauchamp
                                    Georgia Bar No. 165363

**BURR & FORMAN, LLP**　　　　　　*Attorneys for Defendant*
420 20th North Street　　　　　　　　*Allianz Life Insurance Company of*
Suite 3400　　　　　　　　　　　　　*North America*
Birmingham, Alabama 35203
(205) 251-3000 – Telephone
(205) 458-5100 – Facsimile
Gbusby@Burr.com
WBeauchamp@Burr.com

## RULE 5.1 CERTIFICATE

The undersigned certifies that the foregoing document has been prepared with Times New Roman, 14 point font, one of the font point selections approved by the Court in LR 5.1C.

                                    */s/ Walker M. Beauchamp*
                                    Georgia Bar No. 165363