# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PAMELA SHEPARD ADDLETON, as Executrix for the Estate of Roslyn Shepard,<br><br>   Plaintiff,<br><br>vs.<br><br>ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION FILE NO.<br><br>  1:21-cv-03087-TWT |

## NOTICE OF CASE RESOLUTION

Defendant Allianz Life Insurance Company of North America, hereby give notice that this case has been resolved. A Notice of Dismissal with Prejudice will be forthcoming.

DATED: March 4, 2022.

               Respectfully submitted,

               */s/ Jennifer M. Busby*
               Jennifer M. Busby
               Ga. Bar No. 098340
               Ph: 205.251.3000
               gbusby@burr.com

47483959 v1

Walker M. Beauchamp
Ga. Bar No. 165363
Ph: 205.251.3000
wbeauchamp@burr.com

OF COUNSEL
Burr & Forman, LLP
420 20th North Street, Ste. 3400
Birmingham, Alabama 35203
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 4th day of March, 2022, I served a copy of the foregoing **NOTICE OF CASE RESOLUTION** via e-mail upon:

William Brent Ney
265 South Culver Street
Lawrenceville, Georgia 30046
william@neyrhein.com

*/s/ Jennifer M. Busby*
OF COUNSEL